AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Defendant: ESPARZA-Lozoya, Jose Carlos | ) | Case No. |
| | ) | |
| | ) | EP:24-M-01029-MAT |
| | ) | |
| *Defendant(s)* | ) | |

**FILED**
March 08, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Fidel Morales____
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 06, 2024__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8:1324(a)(1)(A)(ii) and (a)(1)(B)(ii) | knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move, and attempt to transport and move such alien within the United States in furtherance of said violation of law. |

This criminal complaint is based on these facts:
See attachment.

☑ Continued on the attached sheet.

Complaint sworn to telephonically on __March 08, 2024__ at __12:50 PM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

_____
Complainant's signature
Ofilia Saenz, Border Patrol Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __03/08/2024__

_____ for
Judge's signature

City and state: __El Paso, Texas__    Miguel A. Torres, U.S. Magistrate Judge
Printed name and title

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Jose Carlos ESPARZA-Lozoya

PEPT# PEPT240300085

03/08/2024

FACTS    (CONTINUED)

On March 6, 2024, the Ysleta Border Patrol Station received a phone call from the Socorro Police Department requesting assistance identifying individuals at a vehicle stop near the 10700 block of Carbajal Road in Socorro, Texas, in the Western District of Texas. Socorro PD advised the Ysleta Border Patrol Station that the vehicle stop stemmed from a 911 call placed by a concerned citizen.

An Agent responded to the location, approached the four individuals to include the DEFENDANT, Jose Carlos ESPARZA-Lozoya and identified himself as a United States Border Patrol Agent. The Agent questioned the individuals as to their citizenship and nationality and determined that three of the individuals were citizens and nationals of Guatemala. The DEFENDANT stated that he was a citizen and national of Mexico. The DEFENDANT and the three illegal aliens were placed under arrest and transported to the Ysleta Border Patrol Station for further processing and investigation.

The DEFENDANT was read his Miranda Rights, which he acknowledged and signed.

In a post-Miranda Statement, the DEFENDANT stated that he was the pick-up driver in the Volkswagen Jetta that was pulled over by Socorro PD. The defendant stated that he was in contact with an individual named "Hershey," that offered to pay the DEFENDANT $300 USD for each "caja" (illegal alien) he transported. The DEFENDANT stated that he knew the individuals he picked up were illegal aliens and that it is against the law to pick up illegal aliens.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
The DEFENDANT has been granted 1 voluntary departure(s), the last on November 1, 2006, through EL PASO, TX

Criminal History:
NONE